FRANK N. HOEN

*vs.*

FRANK B. KIDD.

*Conflicts in testimony: question for jury.   Real estate broker's commissions.*

Where there is a conflict in properly admitted testimony, it is error to withdraw the case from the consideration of the jury.

*Decided June 28th, 1917.*

Appeal from the Circuit Court for Baltimore County.   (DUN-CAN, J.)

The cause was argued before BOYD, C. J., BURKE, THOMAS, PATTISON, URNER and STOCKBRIDGE, JJ.

*Elmer J. Cook,* for the appellant.

*T. Scott Offutt,* for the appellee.

This was a suit brought by the appellee against the appellant for the recovery of commissions claimed to have been earned by the plaintiff (the appellee), under a contract, in effecting a sale of woodland belonging to the defendant which he had been employed to sell.   A prayer of the defendant to withdraw the case from the consideration of the jury was refused, and the verdict being for the plaintiff, the defendant took this appeal.

STOCKBRIDGE, J., delivered the opinion of the Court, affirming the ruling of the lower Court.